# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY
### (Newark)

IN RE:

Wesley W. McKoy

: Proceedings in Chapter 13
:
: Case Number: 18-27654
:
: Pre – Confirmation Certification
: of Compliance With Post
: Petition Obligations In
: Accordance With 11 U.S.C.
: §§ 1325(a)(8) And (a)(9)

I, **Wesley W. McKoy** (name of debtor or Debtor's attorney), upon my oath, according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation hearing date on _____.(Date)

2. The above named Debtor(s) are current with all of their post-petition obligation.

3. The above named Debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations as defined in 11 U.S.C. §§ 101(14A).

4. The above named Debtor(s) has/have filled all applicable Federal, State and Local tax returns, as required by 11 U.S.C. §§1308.

5. If the Confirmation Hearing date stated in paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to subsequent Confirmation Hearing date in the event any of the information contained in this Certification changes.

6. If this Certification is being signed by the Debtor(s)' counsel, counsel certifies that the debtor(s) were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: 10/30/18            BY: /s/ Wesley McKoy

*** FORM MUST BE FILED WITH THE BANKRUPTCY COURT BY DEBTOR'S ATTORNEY WITHIN 7 DAYS BEFORE THE CONFIRMATION HEARING***