JOHN A. UNDERWOOD
UNDERWOOD & MICKLIN
1236 BRACE RD STE J
CHERRY HILL, NJ  08034

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 18-27654

Re:  WESLEY W. MCKOY  
     151 LILLY ST  
     PATERSON,  NJ  07522

Atty:  JOHN A. UNDERWOOD  
     UNDERWOOD & MICKLIN  
     1236 BRACE RD STE J  
     CHERRY HILL, NJ  08034

## RECEIPTS AS OF 12/31/2018 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/20/2018 | $716.00 | 5245594000 | 11/02/2018 | $716.00 | 5360512000 |
| 12/03/2018 | $716.00 | 5436780000 | 12/31/2018 | $716.00 | 5506759000 |

**Total Receipts: $2,864.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,864.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018 (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 143.91 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 2,044.90 | 455.10 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CITIBANK NA | UNSECURED | 2,350.28 | 100.00% | 0.00 | 2,350.28 |
| 0002 | DISCOVER FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | NISSAN MOTOR ACCEPTANCE CORP | VEHICLE SECURE | 343.27 | 100.00% | 0.00 | 343.27 |
| 0005 | QUICKEN LOANS INC | MORTGAGE ARRE | 1,929.69 | 100.00% | 0.00 | 1,929.69 |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 582.02 | 100.00% | 0.00 | 582.02 |
| 0008 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | T-MOBILE | UNSECURED | 2,258.32 | 100.00% | 0.00 | 2,258.32 |
| 0013 | UMB BANK NA | UNSECURED | 5,888.17 | 100.00% | 0.00 | 5,888.17 |
| 0014 | VERIZON | UNSECURED | 147.98 | 100.00% | 0.00 | 147.98 |
| 0016 | WELLS FARGO CARD SERVICES | UNSECURED | 3,560.49 | 100.00% | 0.00 | 3,560.49 |
| 0017 | WELLS FARGO BANK NA | SECURED | 2,140.50 | 100.00% | 0.00 | 2,140.50 |
| 0019 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | VERIZON | UNSECURED | 1,592.04 | 100.00% | 0.00 | 1,592.04 |
| 0021 | DISCOVER BANK | UNSECURED | 8,156.35 | 100.00% | 0.00 | 8,156.35 |
| 0022 | WELLS FARGO BANK NA | UNSECURED | 1,000.59 | 100.00% | 0.00 | 1,000.59 |
| 0023 | VERIZON | UNSECURED | 94.44 | 100.00% | 0.00 | 94.44 |

**Total Paid:  $2,188.81**
See Summary

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $2,864.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $2,188.81    =    Funds on Hand: $675.19

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.