JOHN A. UNDERWOOD
UNDERWOOD & MICKLIN
1236 BRACE RD STE J
CHERRY HILL, NJ  08034

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 18-27654

Re:  WESLEY W. MCKOY  
    151 LILLY ST  
    PATERSON, NJ 07522

Atty:  JOHN A. UNDERWOOD  
    UNDERWOOD & MICKLIN  
    1236 BRACE RD STE J  
    CHERRY HILL, NJ  08034

## RECEIPTS AS OF 01/15/2020  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/20/2018 | $716.00 | 5245594000 | 11/02/2018 | $716.00 | 5360512000 |
| 12/03/2018 | $716.00 | 5436780000 | 12/31/2018 | $716.00 | 5506759000 |
| 02/04/2019 | $716.00 | 5592827000 | 03/04/2019 | $716.00 | 5668701000 |
| 04/01/2019 | $716.00 | 5746411000 | 05/02/2019 | $716.00 | 5828874000 |
| 06/03/2019 | $716.00 | 5902417000 | 07/01/2019 | $716.00 | 5981973000 |
| 08/02/2019 | $716.00 | 6064485000 | 09/03/2019 | $716.00 | 6143301000 |
| 10/02/2019 | $716.00 | 6221638000 | 11/04/2019 | $716.00 | 6303058000 |
| 12/02/2019 | $716.00 | 6364234000 | 01/02/2020 | $716.00 | 6445202000 |

**Total Receipts: $11,456.00 - Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $11,456.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| **CITIBANK NA** | | | | | | |
| | 09/16/2019 | $53.34 | 833,090 | 10/21/2019 | $64.66 | 835,072 |
| | 11/18/2019 | $62.24 | 837,170 | 12/16/2019 | $62.24 | 839,093 |
| | 01/13/2020 | $62.26 | 840,962 | | | |
| **DISCOVER BANK** | | | | | | |
| | 09/16/2019 | $185.10 | 833,380 | 10/21/2019 | $224.44 | 835,407 |
| | 11/18/2019 | $216.00 | 837,479 | 12/16/2019 | $216.00 | 839,411 |
| | 01/13/2020 | $215.99 | 841,274 | | | |
| **NISSAN MOTOR ACCEPTANCE CORP** | | | | | | |
| | 02/11/2019 | $17.12 | 819,878 | 03/18/2019 | $52.51 | 821,858 |
| | 04/15/2019 | $52.52 | 823,884 | 05/20/2019 | $52.51 | 825,881 |
| | 06/17/2019 | $53.46 | 827,858 | 07/15/2019 | $53.46 | 829,717 |
| | 08/19/2019 | $53.47 | 831,726 | 09/16/2019 | $8.22 | 833,723 |
| **PRA RECEIVABLES MANAGEMENT LLC** | | | | | | |
| | 09/16/2019 | $13.21 | 8,001,195 | 10/21/2019 | $16.01 | 8,001,239 |
| | 11/18/2019 | $15.41 | 8,001,282 | 12/16/2019 | $15.42 | 8,001,325 |
| | 01/13/2020 | $15.41 | 8,001,363 | | | |
| **QUICKEN LOANS INC** | | | | | | |
| | 02/11/2019 | $96.23 | 820,004 | 03/18/2019 | $295.21 | 821,979 |
| | 04/15/2019 | $295.22 | 824,005 | 05/20/2019 | $295.21 | 826,020 |
| | 06/17/2019 | $300.54 | 827,981 | 07/15/2019 | $300.53 | 829,846 |
| | 08/19/2019 | $300.53 | 831,857 | 09/16/2019 | $46.22 | 833,854 |

**Chapter 13 Case # 18-27654**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| T-MOBILE | | | | | | | |
| | 09/16/2019 | $51.25 | 834,210 | | 10/21/2019 | $62.14 | 836,309 |
| | 11/18/2019 | $59.81 | 838,326 | | 12/16/2019 | $59.81 | 840,196 |
| | 01/13/2020 | $59.80 | 842,079 | | | | |
| UMB BANK NA | | | | | | | |
| | 09/16/2019 | $133.62 | 834,273 | | 10/21/2019 | $162.03 | 836,388 |
| | 11/18/2019 | $155.93 | 838,391 | | 12/16/2019 | $155.93 | 840,264 |
| | 01/13/2020 | $155.94 | 842,146 | | | | |
| VERIZON | | | | | | | |
| | 09/16/2019 | $36.13 | 834,355 | | 10/21/2019 | $7.43 | 836,458 |
| | 10/21/2019 | $43.81 | 836,458 | | 11/18/2019 | $42.16 | 838,456 |
| | 11/18/2019 | $7.24 | 838,456 | | 12/16/2019 | $42.16 | 840,324 |
| | 12/16/2019 | $7.84 | 840,324 | | 01/13/2020 | $42.16 | 842,219 |
| | 01/13/2020 | $5.01 | 842,219 | | | | |
| WELLS FARGO BANK NA | | | | | | | |
| | 02/11/2019 | $106.74 | 820,529 | | 03/18/2019 | $327.46 | 822,566 |
| | 04/15/2019 | $327.47 | 824,542 | | 05/20/2019 | $327.46 | 826,604 |
| | 06/17/2019 | $333.37 | 828,485 | | 07/15/2019 | $333.37 | 830,360 |
| | 08/19/2019 | $333.36 | 832,437 | | 09/16/2019 | $51.27 | 834,378 |
| | 09/16/2019 | $22.71 | 834,378 | | 10/21/2019 | $27.53 | 836,482 |
| | 11/18/2019 | $26.50 | 838,477 | | 12/16/2019 | $26.50 | 840,344 |
| | 01/13/2020 | $26.49 | 842,243 | | | | |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 09/16/2019 | $80.80 | 834,395 | | 10/21/2019 | $97.97 | 836,503 |
| | 11/18/2019 | $94.29 | 838,492 | | 12/16/2019 | $94.29 | 840,358 |
| | 01/13/2020 | $94.30 | 842,262 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 540.55 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 2,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CITIBANK NA | UNSECURED | 2,350.28 | 100.00% | 304.74 | 2,045.54 |
| 0002 | DISCOVER FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | NISSAN MOTOR ACCEPTANCE CORP | VEHICLE SECURE | 343.27 | 100.00% | 343.27 | 0.00 |
| 0005 | QUICKEN LOANS INC | MORTGAGE ARRE | 1,929.69 | 100.00% | 1,929.69 | 0.00 |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 582.02 | 100.00% | 75.46 | 506.56 |
| 0008 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | T-MOBILE | UNSECURED | 2,258.32 | 100.00% | 292.81 | 1,965.51 |
| 0013 | UMB BANK NA | UNSECURED | 5,888.17 | 100.00% | 763.45 | 5,124.72 |
| 0014 | VERIZON | UNSECURED | 147.98 | 100.00% | 15.27 | 132.71 |
| 0016 | WELLS FARGO CARD SERVICES | UNSECURED | 3,560.49 | 100.00% | 461.65 | 3,098.84 |
| 0017 | WELLS FARGO BANK NA | SECURED | 2,140.50 | 100.00% | 2,140.50 | 0.00 |
| 0019 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | VERIZON | UNSECURED | 1,592.04 | 100.00% | 206.42 | 1,385.62 |
| 0021 | DISCOVER BANK | UNSECURED | 8,156.35 | 100.00% | 1,057.53 | 7,098.82 |
| 0022 | WELLS FARGO BANK NA | UNSECURED | 1,000.59 | 100.00% | 129.73 | 870.86 |
| 0023 | VERIZON | UNSECURED | 94.44 | 100.00% | 12.25 | 82.19 |

**Total Paid: $10,773.32**
See Summary

**Chapter 13 Case # 18-27654**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $11,456.00      -    Paid to Claims: $7,732.77      -    Admin Costs Paid: $3,040.55      =    Funds on Hand: $682.68

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.