JOHN A. UNDERWOOD
UNDERWOOD & MICKLIN
1236 BRACE RD STE J
CHERRY HILL, NJ  08034

Re:  WESLEY W. MCKOY
     151 LILLY ST
     PATERSON, NJ  07522

Atty:  JOHN A. UNDERWOOD
       UNDERWOOD & MICKLIN
       1236 BRACE RD STE J
       CHERRY HILL, NJ  08034

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 18-27654

### RECEIPTS AS OF 01/14/2022   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/20/2018 | $716.00 | 5245594000 | 11/02/2018 | $716.00 | 5360512000 |
| 12/03/2018 | $716.00 | 5436780000 | 12/31/2018 | $716.00 | 5506759000 |
| 02/04/2019 | $716.00 | 5592827000 | 03/04/2019 | $716.00 | 5668701000 |
| 04/01/2019 | $716.00 | 5746411000 | 05/02/2019 | $716.00 | 5828874000 |
| 06/03/2019 | $716.00 | 5902417000 | 07/01/2019 | $716.00 | 5981973000 |
| 08/02/2019 | $716.00 | 6064485000 | 09/03/2019 | $716.00 | 6143301000 |
| 10/02/2019 | $716.00 | 6221638000 | 11/04/2019 | $716.00 | 6303058000 |
| 12/02/2019 | $716.00 | 6364234000 | 01/02/2020 | $716.00 | 6445202000 |
| 02/05/2020 | $716.00 | 6532730000 | 03/03/2020 | $716.00 | 6608940000 |
| 04/02/2020 | $716.00 | 6685243000 | 05/04/2020 | $716.00 | 6765618000 |
| 06/01/2020 | $716.00 | 6831794000 | 07/06/2020 | $716.00 | 6915645000 |
| 08/03/2020 | $716.00 | 6980633000 | 09/02/2020 | $716.00 | 7059117000 |
| 10/05/2020 | $716.00 | 7138394000 | 11/02/2020 | $716.00 | 7197401000 |
| 12/02/2020 | $716.00 | 7276587000 | 01/04/2021 | $716.00 | 7345198000 |
| 02/10/2021 | $716.00 | 7444897000 | 03/01/2021 | $716.00 | 7489260000 |
| 04/05/2021 | $716.00 | 7573735000 | 05/03/2021 | $716.00 | 7637292000 |
| 06/02/2021 | $716.00 | 7709057000 | 07/06/2021 | $716.00 | 7786535000 |
| 08/04/2021 | $716.00 | 7858674000 | 09/02/2021 | $716.00 | 7920443000 |
| 10/04/2021 | $716.00 | 7989957000 | 11/01/2021 | $716.00 | 8051960000 |
| 12/02/2021 | $716.00 | 8120634000 | 01/03/2022 | $716.00 | 8186271000 |

**Total Receipts: $28,640.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $28,640.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CITIBANK NA | | | | | | |
| | 09/16/2019 | $53.34 | 833,090 | 10/21/2019 | $64.66 | 835,072 |
| | 11/18/2019 | $62.24 | 837,170 | 12/16/2019 | $62.24 | 839,093 |
| | 01/13/2020 | $62.26 | 840,962 | 02/10/2020 | $62.23 | 842,836 |
| | 03/16/2020 | $62.25 | 844,712 | 04/20/2020 | $62.24 | 846,659 |

**Chapter 13 Case # 18-27654**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 05/18/2020 | $59.09 | 848,598 | | 06/15/2020 | $59.09 | 850,266 |
| | 07/20/2020 | $60.73 | 852,043 | | 08/17/2020 | $60.73 | 853,919 |
| | 09/21/2020 | $60.73 | 855,697 | | 10/19/2020 | $60.73 | 857,599 |
| | 11/16/2020 | $60.73 | 859,392 | | 12/21/2020 | $21.22 | 861,180 |
| | 01/11/2021 | $60.73 | 863,020 | | 02/22/2021 | $60.73 | 864,620 |
| | 03/15/2021 | $60.73 | 866,526 | | 04/19/2021 | $60.74 | 868,138 |
| | 05/17/2021 | $60.72 | 870,073 | | 06/21/2021 | $61.72 | 871,848 |
| | 07/19/2021 | $61.72 | 873,676 | | 08/16/2021 | $61.70 | 875,364 |
| | 09/20/2021 | $61.73 | 877,078 | | 10/18/2021 | $61.72 | 878,862 |
| | 11/17/2021 | $62.37 | 880,566 | | 12/13/2021 | $62.37 | 882,202 |
| | 01/10/2022 | $62.38 | 883,859 | | | | |
| DISCOVER BANK | | | | | | | |
| | 09/16/2019 | $185.10 | 833,380 | | 10/21/2019 | $224.44 | 835,407 |
| | 11/18/2019 | $216.00 | 837,479 | | 12/16/2019 | $216.00 | 839,411 |
| | 01/13/2020 | $215.99 | 841,274 | | 02/10/2020 | $216.01 | 843,163 |
| | 03/16/2020 | $215.99 | 845,075 | | 04/20/2020 | $216.02 | 847,018 |
| | 05/18/2020 | $205.06 | 848,908 | | 06/15/2020 | $205.06 | 850,594 |
| | 07/20/2020 | $210.77 | 852,397 | | 08/17/2020 | $210.76 | 854,261 |
| | 09/21/2020 | $210.76 | 856,078 | | 10/19/2020 | $210.75 | 857,956 |
| | 11/16/2020 | $210.76 | 859,752 | | 12/21/2020 | $73.62 | 861,576 |
| | 01/11/2021 | $210.74 | 863,353 | | 02/22/2021 | $210.80 | 865,048 |
| | 03/15/2021 | $210.74 | 866,886 | | 04/19/2021 | $210.74 | 868,582 |
| | 05/17/2021 | $210.79 | 870,479 | | 06/21/2021 | $214.16 | 872,290 |
| | 07/19/2021 | $214.19 | 874,082 | | 08/16/2021 | $214.18 | 875,765 |
| | 09/20/2021 | $214.18 | 877,508 | | 10/18/2021 | $214.18 | 879,277 |
| | 11/17/2021 | $216.45 | 880,988 | | 12/13/2021 | $216.46 | 882,619 |
| | 01/10/2022 | $216.45 | 884,271 | | | | |
| NISSAN MOTOR ACCEPTANCE CORP | | | | | | | |
| | 02/11/2019 | $17.12 | 819,878 | | 03/18/2019 | $52.51 | 821,858 |
| | 04/15/2019 | $52.52 | 823,884 | | 05/20/2019 | $52.51 | 825,881 |
| | 06/17/2019 | $53.46 | 827,858 | | 07/15/2019 | $53.46 | 829,717 |
| | 08/19/2019 | $53.47 | 831,726 | | 09/16/2019 | $8.22 | 833,723 |
| | 12/21/2020 | $431.00 | 8,001,967 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 09/16/2019 | $13.21 | 8,001,195 | | 10/21/2019 | $16.01 | 8,001,239 |
| | 11/18/2019 | $15.41 | 8,001,282 | | 12/16/2019 | $15.42 | 8,001,325 |
| | 01/13/2020 | $15.41 | 8,001,363 | | 02/10/2020 | $15.41 | 8,001,405 |
| | 03/16/2020 | $15.42 | 8,001,443 | | 04/20/2020 | $15.41 | 8,001,482 |
| | 05/18/2020 | $14.64 | 8,001,532 | | 06/15/2020 | $14.63 | 8,001,591 |
| | 07/20/2020 | $15.04 | 8,001,651 | | 08/17/2020 | $15.04 | 8,001,715 |
| | 09/21/2020 | $15.04 | 8,001,772 | | 10/19/2020 | $15.04 | 8,001,836 |
| | 11/16/2020 | $15.04 | 8,001,892 | | 12/21/2020 | $5.25 | 8,001,947 |
| | 01/11/2021 | $15.04 | 8,002,011 | | 02/22/2021 | $15.04 | 8,002,065 |
| | 03/15/2021 | $15.04 | 8,002,123 | | 04/19/2021 | $15.04 | 8,002,171 |
| | 05/17/2021 | $15.04 | 8,002,234 | | 06/21/2021 | $15.28 | 8,002,277 |
| | 07/19/2021 | $15.29 | 8,002,330 | | 08/16/2021 | $15.28 | 8,002,383 |
| | 09/20/2021 | $15.28 | 8,002,432 | | 10/18/2021 | $15.29 | 8,002,481 |
| | 11/17/2021 | $15.44 | 8,002,529 | | 12/13/2021 | $15.45 | 8,002,581 |
| | 01/10/2022 | $15.44 | 8,002,633 | | | | |
| QUICKEN LOANS INC | | | | | | | |
| | 02/11/2019 | $96.23 | 820,004 | | 03/18/2019 | $295.21 | 821,979 |
| | 04/15/2019 | $295.22 | 824,005 | | 05/20/2019 | $295.21 | 826,020 |
| | 06/17/2019 | $300.54 | 827,981 | | 07/15/2019 | $300.53 | 829,846 |
| | 08/19/2019 | $300.53 | 831,857 | | 09/16/2019 | $46.22 | 833,854 |

**Chapter 13 Case # 18-27654**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| T-MOBILE | | | | | | | |
| | 09/16/2019 | $51.25 | 834,210 | | 10/21/2019 | $62.14 | 836,309 |
| | 11/18/2019 | $59.81 | 838,326 | | 12/16/2019 | $59.81 | 840,196 |
| | 01/13/2020 | $59.80 | 842,079 | | 02/10/2020 | $59.81 | 843,954 |
| | 03/16/2020 | $59.80 | 845,906 | | 04/20/2020 | $59.80 | 847,861 |
| | 05/18/2020 | $56.80 | 849,629 | | 06/15/2020 | $56.78 | 851,321 |
| | 07/20/2020 | $58.33 | 853,188 | | 08/17/2020 | $58.35 | 855,004 |
| | 09/21/2020 | $58.37 | 856,884 | | 10/19/2020 | $58.36 | 858,712 |
| | 11/16/2020 | $58.36 | 860,483 | | 12/21/2020 | $20.37 | 862,378 |
| | 01/11/2021 | $58.36 | 863,984 | | 02/22/2021 | $58.35 | 865,907 |
| | 03/15/2021 | $58.36 | 867,527 | | 04/19/2021 | $58.35 | 869,404 |
| | 05/17/2021 | $58.36 | 871,206 | | 06/21/2021 | $59.30 | 873,061 |
| | 07/19/2021 | $59.30 | 874,779 | | 08/16/2021 | $59.31 | 876,500 |
| | 09/20/2021 | $59.29 | 878,276 | | 10/18/2021 | $59.30 | 880,005 |
| | 11/17/2021 | $59.94 | 881,685 | | 12/13/2021 | $59.93 | 883,323 |
| | 01/10/2022 | $59.93 | 884,972 | | | | |
| UMB BANK NA | | | | | | | |
| | 09/16/2019 | $133.62 | 834,273 | | 10/21/2019 | $162.03 | 836,388 |
| | 11/18/2019 | $155.93 | 838,391 | | 12/16/2019 | $155.93 | 840,264 |
| | 01/13/2020 | $155.94 | 842,146 | | 02/10/2020 | $155.93 | 844,022 |
| | 03/16/2020 | $155.94 | 845,977 | | 04/20/2020 | $155.93 | 847,937 |
| | 05/18/2020 | $148.03 | 849,702 | | 06/15/2020 | $148.04 | 851,388 |
| | 07/20/2020 | $152.16 | 853,268 | | 08/17/2020 | $152.15 | 855,075 |
| | 09/21/2020 | $152.15 | 856,967 | | 10/19/2020 | $152.15 | 858,791 |
| | 11/16/2020 | $152.15 | 860,560 | | 12/21/2020 | $53.14 | 862,463 |
| | 01/11/2021 | $152.17 | 864,044 | | 02/22/2021 | $152.14 | 865,990 |
| | 03/15/2021 | $152.14 | 867,581 | | 04/19/2021 | $152.18 | 869,484 |
| | 05/17/2021 | $152.13 | 871,273 | | 06/21/2021 | $154.61 | 873,136 |
| | 07/19/2021 | $154.62 | 874,849 | | 08/16/2021 | $154.63 | 876,564 |
| | 09/20/2021 | $154.61 | 878,351 | | 10/18/2021 | $154.62 | 880,079 |
| | 11/17/2021 | $156.26 | 881,751 | | 12/13/2021 | $156.26 | 883,396 |
| | 01/10/2022 | $156.27 | 885,039 | | | | |
| VERIZON | | | | | | | |
| | 09/16/2019 | $36.13 | 834,355 | | 10/21/2019 | $7.43 | 836,458 |
| | 10/21/2019 | $43.81 | 836,458 | | 11/18/2019 | $42.16 | 838,456 |
| | 11/18/2019 | $7.24 | 838,456 | | 12/16/2019 | $42.16 | 840,324 |
| | 12/16/2019 | $7.84 | 840,324 | | 01/13/2020 | $42.16 | 842,219 |
| | 01/13/2020 | $5.01 | 842,219 | | 02/10/2020 | $7.83 | 844,088 |
| | 02/10/2020 | $42.16 | 844,088 | | 03/16/2020 | $42.17 | 846,043 |
| | 03/16/2020 | $5.00 | 846,043 | | 04/20/2020 | $42.15 | 848,009 |
| | 04/20/2020 | $7.84 | 848,009 | | 05/18/2020 | $40.03 | 849,753 |
| | 06/15/2020 | $40.03 | 851,447 | | 06/15/2020 | $7.44 | 851,447 |
| | 06/15/2020 | $7.24 | 851,447 | | 07/20/2020 | $41.14 | 853,336 |
| | 08/17/2020 | $41.14 | 855,143 | | 08/17/2020 | $7.65 | 855,143 |
| | 09/21/2020 | $41.14 | 857,045 | | 09/21/2020 | $7.33 | 857,045 |
| | 10/19/2020 | $41.14 | 858,859 | | 10/19/2020 | $7.65 | 858,859 |
| | 11/16/2020 | $41.14 | 860,625 | | 12/21/2020 | $14.35 | 862,539 |
| | 12/21/2020 | $5.73 | 862,539 | | 12/21/2020 | $5.16 | 862,539 |
| | 01/11/2021 | $41.15 | 864,099 | | 02/22/2021 | $41.13 | 866,067 |
| | 02/22/2021 | $7.64 | 866,067 | | 03/15/2021 | $41.14 | 867,642 |
| | 03/15/2021 | $7.32 | 867,642 | | 04/19/2021 | $41.14 | 869,554 |
| | 04/19/2021 | $7.65 | 869,554 | | 05/17/2021 | $41.14 | 871,346 |
| | 06/21/2021 | $7.72 | 873,203 | | 06/21/2021 | $41.81 | 873,203 |
| | 06/21/2021 | $7.36 | 873,203 | | 07/19/2021 | $41.80 | 874,911 |
| | 08/16/2021 | $41.81 | 876,621 | | 08/16/2021 | $7.77 | 876,621 |
| | 09/20/2021 | $41.80 | 878,415 | | 09/20/2021 | $7.44 | 878,415 |
| | 10/18/2021 | $7.76 | 880,145 | | 10/18/2021 | $41.81 | 880,145 |
| | 11/17/2021 | $42.25 | 881,812 | | 12/13/2021 | $7.87 | 883,454 |
| | 12/13/2021 | $42.25 | 883,454 | | 12/13/2021 | $7.50 | 883,454 |
| | 01/10/2022 | $42.25 | 885,098 | | | | |

**Chapter 13 Case # 18-27654**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| WELLS FARGO BANK NA | | | | | | | |
| | 02/11/2019 | $106.74 | 820,529 | | 03/18/2019 | $327.46 | 822,566 |
| | 04/15/2019 | $327.47 | 824,542 | | 05/20/2019 | $327.46 | 826,604 |
| | 06/17/2019 | $333.37 | 828,485 | | 07/15/2019 | $333.37 | 830,360 |
| | 08/19/2019 | $333.36 | 832,437 | | 09/16/2019 | $51.27 | 834,378 |
| | 09/16/2019 | $22.71 | 834,378 | | 10/21/2019 | $27.53 | 836,482 |
| | 11/18/2019 | $26.50 | 838,477 | | 12/16/2019 | $26.50 | 840,344 |
| | 01/13/2020 | $26.49 | 842,243 | | 02/10/2020 | $26.51 | 844,110 |
| | 03/16/2020 | $26.49 | 846,067 | | 04/20/2020 | $26.50 | 848,037 |
| | 05/18/2020 | $25.16 | 849,771 | | 06/15/2020 | $25.16 | 851,471 |
| | 07/20/2020 | $25.84 | 853,358 | | 08/17/2020 | $25.86 | 855,162 |
| | 09/21/2020 | $25.86 | 857,070 | | 10/19/2020 | $25.85 | 858,882 |
| | 11/16/2020 | $25.86 | 860,646 | | 12/21/2020 | $9.03 | 862,564 |
| | 01/11/2021 | $25.85 | 864,117 | | 02/22/2021 | $25.86 | 866,093 |
| | 03/15/2021 | $25.86 | 867,661 | | 04/19/2021 | $25.85 | 869,580 |
| | 05/17/2021 | $25.86 | 871,368 | | 06/21/2021 | $26.27 | 873,226 |
| | 07/19/2021 | $26.28 | 874,934 | | 08/16/2021 | $26.27 | 876,645 |
| | 09/20/2021 | $26.28 | 878,440 | | 10/18/2021 | $26.27 | 880,166 |
| | 11/17/2021 | $26.56 | 881,831 | | 12/13/2021 | $26.54 | 883,475 |
| | 01/10/2022 | $26.56 | 885,121 | | | | |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 09/16/2019 | $80.80 | 834,395 | | 10/21/2019 | $97.97 | 836,503 |
| | 11/18/2019 | $94.29 | 838,492 | | 12/16/2019 | $94.29 | 840,358 |
| | 01/13/2020 | $94.30 | 842,262 | | 02/10/2020 | $94.29 | 844,128 |
| | 03/16/2020 | $94.29 | 846,083 | | 04/20/2020 | $94.29 | 848,053 |
| | 05/18/2020 | $89.51 | 849,784 | | 06/15/2020 | $89.52 | 851,489 |
| | 07/20/2020 | $92.01 | 853,373 | | 08/17/2020 | $92.00 | 855,175 |
| | 09/21/2020 | $92.00 | 857,086 | | 10/19/2020 | $92.01 | 858,897 |
| | 11/16/2020 | $92.00 | 860,663 | | 12/21/2020 | $32.14 | 862,579 |
| | 01/11/2021 | $92.00 | 864,131 | | 02/22/2021 | $91.99 | 866,107 |
| | 03/15/2021 | $92.02 | 867,675 | | 04/19/2021 | $92.00 | 869,595 |
| | 05/17/2021 | $91.99 | 871,383 | | 06/21/2021 | $93.52 | 873,239 |
| | 07/19/2021 | $93.48 | 874,947 | | 08/16/2021 | $93.50 | 876,658 |
| | 09/20/2021 | $93.49 | 878,455 | | 10/18/2021 | $93.50 | 880,180 |
| | 11/17/2021 | $94.49 | 881,844 | | 12/13/2021 | $94.49 | 883,486 |
| | 01/10/2022 | $94.49 | 885,133 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,706.90 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 2,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CITIBANK NA | UNSECURED | 2,350.28 | 100.00% | 1,733.87 | 616.41 |
| 0002 | DISCOVER FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | NISSAN MOTOR ACCEPTANCE CORP | VEHICLE SECURE | 343.27 | 100.00% | 343.27 | 0.00 |
| 0005 | QUICKEN LOANS INC | MORTGAGE ARRE | 1,929.69 | 100.00% | 1,929.69 | 0.00 |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 582.02 | 100.00% | 429.37 | 152.65 |
| 0008 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | T-MOBILE | UNSECURED | 2,258.32 | 100.00% | 1,666.02 | 592.30 |
| 0013 | UMB BANK NA | UNSECURED | 5,888.17 | 100.00% | 4,343.86 | 1,544.31 |
| 0014 | VERIZON | UNSECURED | 147.98 | 100.00% | 105.25 | 42.73 |
| 0016 | WELLS FARGO CARD SERVICES | UNSECURED | 3,560.49 | 100.00% | 2,626.67 | 933.82 |
| 0017 | WELLS FARGO BANK NA | SECURED | 2,140.50 | 100.00% | 2,140.50 | 0.00 |
| 0019 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | VERIZON | UNSECURED | 1,592.04 | 100.00% | 1,174.49 | 417.55 |
| 0021 | DISCOVER BANK | UNSECURED | 8,156.35 | 100.00% | 6,017.15 | 2,139.20 |
| 0022 | WELLS FARGO BANK NA | UNSECURED | 1,000.59 | 100.00% | 738.16 | 262.43 |

**Chapter 13 Case # 18-27654**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0023 | VERIZON | UNSECURED | 94.44 | 100.00% | 67.17 | 27.27 |
| 0024 | NISSAN MOTOR ACCEPTANCE CORP | (NEW) Auto Agreed | 431.00 | 100.00% | 431.00 | 0.00 |

**Total Paid: $27,953.37**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $28,640.00     -     Paid to Claims: $23,746.47     -     Admin Costs Paid: $4,206.90     =     Funds on Hand: $686.63

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.