Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER 8, 2022

**Chapter 13 Case # 18-27654**

Re:  WESLEY W. MCKOY  
151 LILLY ST  
PATERSON, NJ  07522

Atty:  JOHN A. UNDERWOOD  
UNDERWOOD & MICKLIN  
1236 BRACE RD STE J  
CHERRY HILL, NJ  08034

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/20/2018 | $716.00 | 5245594000 | 11/02/2018 | $716.00 | 5360512000 |
| 12/03/2018 | $716.00 | 5436780000 | 12/31/2018 | $716.00 | 5506759000 |
| 02/04/2019 | $716.00 | 5592827000 | 03/04/2019 | $716.00 | 5668701000 |
| 04/01/2019 | $716.00 | 5746411000 | 05/02/2019 | $716.00 | 5828874000 |
| 06/03/2019 | $716.00 | 5902417000 | 07/01/2019 | $716.00 | 5981973000 |
| 08/02/2019 | $716.00 | 6064485000 | 09/03/2019 | $716.00 | 6143301000 |
| 10/02/2019 | $716.00 | 6221638000 | 11/04/2019 | $716.00 | 6303058000 |
| 12/02/2019 | $716.00 | 6364234000 | 01/02/2020 | $716.00 | 6445202000 |
| 02/05/2020 | $716.00 | 6532730000 | 03/03/2020 | $716.00 | 6608940000 |
| 04/02/2020 | $716.00 | 6685243000 | 05/04/2020 | $716.00 | 6765618000 |
| 06/01/2020 | $716.00 | 6831794000 | 07/06/2020 | $716.00 | 6915645000 |
| 08/03/2020 | $716.00 | 6980633000 | 09/02/2020 | $716.00 | 7059117000 |
| 10/05/2020 | $716.00 | 7138394000 | 11/02/2020 | $716.00 | 7197401000 |
| 12/02/2020 | $716.00 | 7276587000 | 01/04/2021 | $716.00 | 7345198000 |
| 02/10/2021 | $716.00 | 7444897000 | 03/01/2021 | $716.00 | 7489260000 |
| 04/05/2021 | $716.00 | 7573735000 | 05/03/2021 | $716.00 | 7637292000 |
| 06/02/2021 | $716.00 | 7709057000 | 07/06/2021 | $716.00 | 7786535000 |
| 08/04/2021 | $716.00 | 7858674000 | 09/02/2021 | $716.00 | 7920443000 |
| 10/04/2021 | $716.00 | 7989957000 | 11/01/2021 | $716.00 | 8051960000 |
| 12/02/2021 | $716.00 | 8120634000 | 01/03/2022 | $716.00 | 8186271000 |
| 02/02/2022 | $716.00 | 8252236000 | 03/02/2022 | $716.00 | 8312955000 |
| 04/04/2022 | $716.00 | 8383172000 | 05/02/2022 | $716.00 | 8441613000 |
| 06/06/2022 | $716.00 | 8509364000 | 07/05/2022 | $716.00 | 8564549000 |
| 08/01/2022 | $716.00 | 8621093000 | 09/06/2022 | $716.00 | 8687463000 |
| 10/04/2022 | $716.00 | 8747349000 | | | |

**Total Receipts: $35,084.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $35,084.00**

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 18-27654**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,957.49 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 2,500.00 | 100.00% | 2,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CITIBANK NA | UNSECURED | 2,350.28 | 100.00% | 2,302.12 | 48.16 |
| 0002 | DISCOVER FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | NISSAN MOTOR ACCEPTANCE CORP | VEHICLE SECURE | 343.27 | 100.00% | 343.27 | 0.00 |
| 0005 | QUICKEN LOANS INC | MORTGAGE ARRE | 1,929.69 | 100.00% | 1,929.69 | 0.00 |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 582.02 | 100.00% | 570.09 | 11.93 |
| 0008 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | T-MOBILE | UNSECURED | 2,258.32 | 100.00% | 2,212.04 | 46.28 |
| 0013 | UMB BANK NA | UNSECURED | 5,888.17 | 100.00% | 5,767.50 | 120.67 |
| 0014 | VERIZON | UNSECURED | 147.98 | 100.00% | 144.95 | 3.03 |
| 0016 | WELLS FARGO CARD SERVICES | UNSECURED | 3,560.49 | 100.00% | 3,487.52 | 72.97 |
| 0017 | WELLS FARGO BANK NA | SECURED | 2,140.50 | 100.00% | 2,140.50 | 0.00 |
| 0019 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | VERIZON | UNSECURED | 1,592.04 | 100.00% | 1,559.42 | 32.62 |
| 0021 | DISCOVER BANK | UNSECURED | 8,156.35 | 100.00% | 7,989.20 | 167.15 |
| 0022 | WELLS FARGO BANK NA | UNSECURED | 1,000.59 | 100.00% | 980.08 | 20.51 |
| 0023 | VERIZON | UNSECURED | 94.44 | 100.00% | 92.51 | 1.93 |
| 0024 | NISSAN MOTOR ACCEPTANCE CORP | (NEW) Auto Agreed | 431.00 | 100.00% | 431.00 | 0.00 |

Total Paid: $34,407.38
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CITIBANK NA | | | | | | |
| | 09/16/2019 | $53.34 | 833090 | 10/21/2019 | $64.66 | 835072 |
| | 11/18/2019 | $62.24 | 837170 | 12/16/2019 | $62.24 | 839093 |
| | 01/13/2020 | $62.26 | 840962 | 02/10/2020 | $62.23 | 842836 |
| | 03/16/2020 | $62.25 | 844712 | 04/20/2020 | $62.24 | 846659 |
| | 05/18/2020 | $59.09 | 848598 | 06/15/2020 | $59.09 | 850266 |
| | 07/20/2020 | $60.73 | 852043 | 08/17/2020 | $60.73 | 853919 |
| | 09/21/2020 | $60.73 | 855697 | 10/19/2020 | $60.73 | 857599 |
| | 11/16/2020 | $60.73 | 859392 | 12/21/2020 | $21.22 | 861180 |
| | 01/11/2021 | $60.73 | 863020 | 02/22/2021 | $60.73 | 864620 |
| | 03/15/2021 | $60.73 | 866526 | 04/19/2021 | $60.74 | 868138 |
| | 05/17/2021 | $60.72 | 870073 | 06/21/2021 | $61.72 | 871848 |
| | 07/19/2021 | $61.72 | 873676 | 08/16/2021 | $61.70 | 875364 |
| | 09/20/2021 | $61.73 | 877078 | 10/18/2021 | $61.72 | 878862 |
| | 11/17/2021 | $62.37 | 880566 | 12/13/2021 | $62.37 | 882202 |
| | 01/10/2022 | $62.38 | 883859 | 02/14/2022 | $62.37 | 885533 |
| | 03/14/2022 | $62.37 | 887256 | 04/18/2022 | $63.36 | 888920 |
| | 05/16/2022 | $63.36 | 890662 | 06/20/2022 | $63.36 | 892328 |
| | 07/18/2022 | $63.35 | 894077 | 08/15/2022 | $63.36 | 895642 |
| | 09/19/2022 | $63.36 | 897223 | 10/17/2022 | $63.36 | 898904 |

**Chapter 13 Case # 18-27654**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 09/16/2019 | $185.10 | 833380 | | 10/21/2019 | $224.44 | 835407 |
| | 11/18/2019 | $216.00 | 837479 | | 12/16/2019 | $216.00 | 839411 |
| | 01/13/2020 | $215.99 | 841274 | | 02/10/2020 | $216.01 | 843163 |
| | 03/16/2020 | $215.99 | 845075 | | 04/20/2020 | $216.02 | 847018 |
| | 05/18/2020 | $205.06 | 848908 | | 06/15/2020 | $205.06 | 850594 |
| | 07/20/2020 | $210.77 | 852397 | | 08/17/2020 | $210.76 | 854261 |
| | 09/21/2020 | $210.76 | 856078 | | 10/19/2020 | $210.75 | 857956 |
| | 11/16/2020 | $210.76 | 859752 | | 12/21/2020 | $73.62 | 861576 |
| | 01/11/2021 | $210.74 | 863353 | | 02/22/2021 | $210.80 | 865048 |
| | 03/15/2021 | $210.74 | 866886 | | 04/19/2021 | $210.74 | 868582 |
| | 05/17/2021 | $210.79 | 870479 | | 06/21/2021 | $214.16 | 872290 |
| | 07/19/2021 | $214.19 | 874082 | | 08/16/2021 | $214.18 | 875765 |
| | 09/20/2021 | $214.18 | 877508 | | 10/18/2021 | $214.18 | 879277 |
| | 11/17/2021 | $216.45 | 880988 | | 12/13/2021 | $216.46 | 882619 |
| | 01/10/2022 | $216.45 | 884271 | | 02/14/2022 | $216.46 | 885969 |
| | 03/14/2022 | $216.46 | 887671 | | 04/18/2022 | $219.88 | 889386 |
| | 05/16/2022 | $219.87 | 891079 | | 06/20/2022 | $219.87 | 892775 |
| | 07/18/2022 | $219.89 | 894487 | | 08/15/2022 | $219.87 | 896062 |
| | 09/19/2022 | $219.88 | 897670 | | 10/17/2022 | $219.87 | 899327 |
| NISSAN MOTOR ACCEPTANCE CORP | | | | | | | |
| | 02/11/2019 | $17.12 | 819878 | | 03/18/2019 | $52.51 | 821858 |
| | 04/15/2019 | $52.52 | 823884 | | 05/20/2019 | $52.51 | 825881 |
| | 06/17/2019 | $53.46 | 827858 | | 07/15/2019 | $53.46 | 829717 |
| | 08/19/2019 | $53.47 | 831726 | | 09/16/2019 | $8.22 | 833723 |
| | 12/21/2020 | $431.00 | 8001967 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 09/16/2019 | $13.21 | 8001195 | | 10/21/2019 | $16.01 | 8001239 |
| | 11/18/2019 | $15.41 | 8001282 | | 12/16/2019 | $15.42 | 8001325 |
| | 01/13/2020 | $15.41 | 8001363 | | 02/10/2020 | $15.41 | 8001405 |
| | 03/16/2020 | $15.42 | 8001443 | | 04/20/2020 | $15.41 | 8001482 |
| | 05/18/2020 | $14.64 | 8001532 | | 06/15/2020 | $14.63 | 8001591 |
| | 07/20/2020 | $15.04 | 8001651 | | 08/17/2020 | $15.04 | 8001715 |
| | 09/21/2020 | $15.04 | 8001772 | | 10/19/2020 | $15.04 | 8001836 |
| | 11/16/2020 | $15.04 | 8001892 | | 12/21/2020 | $5.25 | 8001947 |
| | 01/11/2021 | $15.04 | 8002011 | | 02/22/2021 | $15.04 | 8002065 |
| | 03/15/2021 | $15.04 | 8002123 | | 04/19/2021 | $15.04 | 8002171 |
| | 05/17/2021 | $15.04 | 8002234 | | 06/21/2021 | $15.28 | 8002277 |
| | 07/19/2021 | $15.29 | 8002330 | | 08/16/2021 | $15.28 | 8002383 |
| | 09/20/2021 | $15.28 | 8002432 | | 10/18/2021 | $15.29 | 8002481 |
| | 11/17/2021 | $15.44 | 8002529 | | 12/13/2021 | $15.45 | 8002581 |
| | 01/10/2022 | $15.44 | 8002633 | | 02/14/2022 | $15.45 | 8002683 |
| | 03/14/2022 | $15.44 | 8002741 | | 04/18/2022 | $15.69 | 8002785 |
| | 05/16/2022 | $15.69 | 8002843 | | 06/20/2022 | $15.69 | 8002892 |
| | 07/18/2022 | $15.70 | 8002950 | | 08/15/2022 | $15.68 | 8002997 |
| | 09/19/2022 | $15.69 | 8003048 | | 10/17/2022 | $15.69 | 8003103 |
| QUICKEN LOANS INC | | | | | | | |
| | 02/11/2019 | $96.23 | 820004 | | 03/18/2019 | $295.21 | 821979 |
| | 04/15/2019 | $295.22 | 824005 | | 05/20/2019 | $295.21 | 826020 |
| | 06/17/2019 | $300.54 | 827981 | | 07/15/2019 | $300.53 | 829846 |
| | 08/19/2019 | $300.53 | 831857 | | 09/16/2019 | $46.22 | 833854 |

**Chapter 13 Case # 18-27654**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| T-MOBILE | | | | | | | |
| | 09/16/2019 | $51.25 | 834210 | | 10/21/2019 | $62.14 | 836309 |
| | 11/18/2019 | $59.81 | 838326 | | 12/16/2019 | $59.81 | 840196 |
| | 01/13/2020 | $59.80 | 842079 | | 02/10/2020 | $59.81 | 843954 |
| | 03/16/2020 | $59.80 | 845906 | | 04/20/2020 | $59.80 | 847861 |
| | 05/18/2020 | $56.80 | 849629 | | 06/15/2020 | $56.78 | 851321 |
| | 07/20/2020 | $58.33 | 853188 | | 08/17/2020 | $58.35 | 855004 |
| | 09/21/2020 | $58.37 | 856884 | | 10/19/2020 | $58.36 | 858712 |
| | 11/16/2020 | $58.36 | 860483 | | 12/21/2020 | $20.37 | 862378 |
| | 01/11/2021 | $58.36 | 863984 | | 02/22/2021 | $58.35 | 865907 |
| | 03/15/2021 | $58.36 | 867527 | | 04/19/2021 | $58.35 | 869404 |
| | 05/17/2021 | $58.36 | 871206 | | 06/21/2021 | $59.30 | 873061 |
| | 07/19/2021 | $59.30 | 874779 | | 08/16/2021 | $59.31 | 876500 |
| | 09/20/2021 | $59.29 | 878276 | | 10/18/2021 | $59.30 | 880005 |
| | 11/17/2021 | $59.94 | 881685 | | 12/13/2021 | $59.93 | 883323 |
| | 01/10/2022 | $59.93 | 884972 | | 02/14/2022 | $59.93 | 886696 |
| | 03/14/2022 | $59.94 | 888370 | | 04/18/2022 | $60.88 | 890140 |
| | 05/16/2022 | $60.88 | 891779 | | 06/20/2022 | $60.88 | 893533 |
| | 07/18/2022 | $60.88 | 895158 | | 08/15/2022 | $60.87 | 896710 |
| | 09/19/2022 | $60.88 | 898378 | | 10/17/2022 | $60.88 | 899999 |
| UMB BANK NA | | | | | | | |
| | 09/16/2019 | $133.62 | 834273 | | 10/21/2019 | $162.03 | 836388 |
| | 11/18/2019 | $155.93 | 838391 | | 12/16/2019 | $155.93 | 840264 |
| | 01/13/2020 | $155.94 | 842146 | | 02/10/2020 | $155.93 | 844022 |
| | 03/16/2020 | $155.94 | 845977 | | 04/20/2020 | $155.93 | 847937 |
| | 05/18/2020 | $148.03 | 849702 | | 06/15/2020 | $148.04 | 851388 |
| | 07/20/2020 | $152.16 | 853268 | | 08/17/2020 | $152.15 | 855075 |
| | 09/21/2020 | $152.15 | 856967 | | 10/19/2020 | $152.15 | 858791 |
| | 11/16/2020 | $152.15 | 860560 | | 12/21/2020 | $53.14 | 862463 |
| | 01/11/2021 | $152.17 | 864044 | | 02/22/2021 | $152.14 | 865990 |
| | 03/15/2021 | $152.14 | 867581 | | 04/19/2021 | $152.18 | 869484 |
| | 05/17/2021 | $152.13 | 871273 | | 06/21/2021 | $154.61 | 873136 |
| | 07/19/2021 | $154.62 | 874849 | | 08/16/2021 | $154.63 | 876564 |
| | 09/20/2021 | $154.61 | 878351 | | 10/18/2021 | $154.62 | 880079 |
| | 11/17/2021 | $156.26 | 881751 | | 12/13/2021 | $156.26 | 883396 |
| | 01/10/2022 | $156.27 | 885039 | | 02/14/2022 | $156.26 | 886773 |
| | 03/14/2022 | $156.27 | 888446 | | 04/18/2022 | $158.73 | 890217 |
| | 05/16/2022 | $158.73 | 891856 | | 06/20/2022 | $158.73 | 893608 |
| | 07/18/2022 | $158.73 | 895232 | | 08/15/2022 | $158.73 | 896779 |
| | 09/19/2022 | $158.73 | 898454 | | 10/17/2022 | $158.73 | 900068 |

**Chapter 13 Case # 18-27654**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| VERIZON | | | | | | |
| | 09/16/2019 | $36.13 | 834355 | 10/21/2019 | $43.81 | 836458 |
| | 10/21/2019 | $7.43 | 836458 | 11/18/2019 | $42.16 | 838456 |
| | 11/18/2019 | $7.24 | 838456 | 12/16/2019 | $42.16 | 840324 |
| | 12/16/2019 | $7.84 | 840324 | 01/13/2020 | $42.16 | 842219 |
| | 01/13/2020 | $5.01 | 842219 | 02/10/2020 | $42.16 | 844088 |
| | 02/10/2020 | $7.83 | 844088 | 03/16/2020 | $42.17 | 846043 |
| | 03/16/2020 | $5.00 | 846043 | 04/20/2020 | $42.15 | 848009 |
| | 04/20/2020 | $7.84 | 848009 | 05/18/2020 | $40.03 | 849753 |
| | 06/15/2020 | $40.03 | 851447 | 06/15/2020 | $7.44 | 851447 |
| | 06/15/2020 | $7.24 | 851447 | 07/20/2020 | $41.14 | 853336 |
| | 08/17/2020 | $41.14 | 855143 | 08/17/2020 | $7.65 | 855143 |
| | 09/21/2020 | $41.14 | 857045 | 09/21/2020 | $7.33 | 857045 |
| | 10/19/2020 | $41.14 | 858859 | 10/19/2020 | $7.65 | 858859 |
| | 11/16/2020 | $41.14 | 860625 | 12/21/2020 | $14.35 | 862539 |
| | 12/21/2020 | $5.16 | 862539 | 12/21/2020 | $5.73 | 862539 |
| | 01/11/2021 | $41.15 | 864099 | 02/22/2021 | $41.13 | 866067 |
| | 02/22/2021 | $7.64 | 866067 | 03/15/2021 | $41.14 | 867642 |
| | 03/15/2021 | $7.32 | 867642 | 04/19/2021 | $41.14 | 869554 |
| | 04/19/2021 | $7.65 | 869554 | 05/17/2021 | $41.14 | 871346 |
| | 06/21/2021 | $41.81 | 873203 | 06/21/2021 | $7.72 | 873203 |
| | 06/21/2021 | $7.36 | 873203 | 07/19/2021 | $41.80 | 874911 |
| | 08/16/2021 | $41.81 | 876621 | 08/16/2021 | $7.77 | 876621 |
| | 09/20/2021 | $41.80 | 878415 | 09/20/2021 | $7.44 | 878415 |
| | 10/18/2021 | $41.81 | 880145 | 10/18/2021 | $7.76 | 880145 |
| | 11/17/2021 | $42.25 | 881812 | 12/13/2021 | $42.25 | 883454 |
| | 12/13/2021 | $7.87 | 883454 | 12/13/2021 | $7.50 | 883454 |
| | 01/10/2022 | $42.25 | 885098 | 02/14/2022 | $42.25 | 886836 |
| | 02/14/2022 | $7.85 | 886836 | 02/14/2022 | $5.01 | 886836 |
| | 03/14/2022 | $42.25 | 888503 | 04/18/2022 | $42.92 | 890283 |
| | 04/18/2022 | $7.91 | 890283 | 04/18/2022 | $5.05 | 890283 |
| | 05/16/2022 | $42.91 | 891911 | 06/20/2022 | $42.93 | 893672 |
| | 06/20/2022 | $7.98 | 893672 | 06/20/2022 | $5.10 | 893672 |
| | 07/18/2022 | $42.91 | 895291 | 08/15/2022 | $42.92 | 896836 |
| | 08/15/2022 | $7.98 | 896836 | 08/15/2022 | $5.08 | 896836 |
| | 09/19/2022 | $42.92 | 898525 | 10/17/2022 | $42.92 | 900124 |
| | 10/17/2022 | $7.98 | 900124 | 10/17/2022 | $5.10 | 900124 |

**Chapter 13 Case # 18-27654**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK NA | | | | | | |
| | 02/11/2019 | $106.74 | 820529 | 03/18/2019 | $327.46 | 822566 |
| | 04/15/2019 | $327.47 | 824542 | 05/20/2019 | $327.46 | 826604 |
| | 06/17/2019 | $333.37 | 828485 | 07/15/2019 | $333.37 | 830360 |
| | 08/19/2019 | $333.36 | 832437 | 09/16/2019 | $51.27 | 834378 |
| | 09/16/2019 | $22.71 | 834378 | 10/21/2019 | $27.53 | 836482 |
| | 11/18/2019 | $26.50 | 838477 | 12/16/2019 | $26.50 | 840344 |
| | 01/13/2020 | $26.49 | 842243 | 02/10/2020 | $26.51 | 844110 |
| | 03/16/2020 | $26.49 | 846067 | 04/20/2020 | $26.50 | 848037 |
| | 05/18/2020 | $25.16 | 849771 | 06/15/2020 | $25.16 | 851471 |
| | 07/20/2020 | $25.84 | 853358 | 08/17/2020 | $25.86 | 855162 |
| | 09/21/2020 | $25.86 | 857070 | 10/19/2020 | $25.85 | 858882 |
| | 11/16/2020 | $25.86 | 860646 | 12/21/2020 | $9.03 | 862564 |
| | 01/11/2021 | $25.85 | 864117 | 02/22/2021 | $25.86 | 866093 |
| | 03/15/2021 | $25.86 | 867661 | 04/19/2021 | $25.85 | 869580 |
| | 05/17/2021 | $25.86 | 871368 | 06/21/2021 | $26.27 | 873226 |
| | 07/19/2021 | $26.28 | 874934 | 08/16/2021 | $26.27 | 876645 |
| | 09/20/2021 | $26.28 | 878440 | 10/18/2021 | $26.27 | 880166 |
| | 11/17/2021 | $26.56 | 881831 | 12/13/2021 | $26.54 | 883475 |
| | 01/10/2022 | $26.56 | 885121 | 02/14/2022 | $26.56 | 886861 |
| | 03/14/2022 | $26.55 | 888524 | 04/18/2022 | $26.97 | 890308 |
| | 05/16/2022 | $26.98 | 891934 | 06/20/2022 | $26.97 | 893698 |
| | 07/18/2022 | $26.97 | 895316 | 08/15/2022 | $26.98 | 896861 |
| | 09/19/2022 | $26.97 | 898550 | 10/05/2022 | ($26.97) | 893698 |
| | 10/05/2022 | $26.97 | 898659 | 10/17/2022 | $26.97 | 900146 |
| WELLS FARGO CARD SERVICES | | | | | | |
| | 09/16/2019 | $80.80 | 834395 | 10/21/2019 | $97.97 | 836503 |
| | 11/18/2019 | $94.29 | 838492 | 12/16/2019 | $94.29 | 840358 |
| | 01/13/2020 | $94.30 | 842262 | 02/10/2020 | $94.29 | 844128 |
| | 03/16/2020 | $94.29 | 846083 | 04/20/2020 | $94.29 | 848053 |
| | 05/18/2020 | $89.51 | 849784 | 06/15/2020 | $89.52 | 851489 |
| | 07/20/2020 | $92.01 | 853373 | 08/17/2020 | $92.00 | 855175 |
| | 09/21/2020 | $92.00 | 857086 | 10/19/2020 | $92.01 | 858897 |
| | 11/16/2020 | $92.00 | 860663 | 12/21/2020 | $32.14 | 862579 |
| | 01/11/2021 | $92.00 | 864131 | 02/22/2021 | $91.99 | 866107 |
| | 03/15/2021 | $92.02 | 867675 | 04/19/2021 | $92.00 | 869595 |
| | 05/17/2021 | $91.99 | 871383 | 06/21/2021 | $93.52 | 873239 |
| | 07/19/2021 | $93.48 | 874947 | 08/16/2021 | $93.50 | 876658 |
| | 09/20/2021 | $93.49 | 878455 | 10/18/2021 | $93.50 | 880180 |
| | 11/17/2021 | $94.49 | 881844 | 12/13/2021 | $94.49 | 883486 |
| | 01/10/2022 | $94.49 | 885133 | 02/14/2022 | $94.49 | 886873 |
| | 03/14/2022 | $94.49 | 888534 | 04/18/2022 | $95.98 | 890318 |
| | 05/16/2022 | $95.98 | 891944 | 06/20/2022 | $95.98 | 893709 |
| | 07/18/2022 | $95.99 | 895326 | 08/15/2022 | $95.98 | 896870 |
| | 09/19/2022 | $95.98 | 898560 | 10/17/2022 | $95.98 | 900155 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: November 08, 2022.

Receipts: $35,084.00    -    Paid to Claims: $29,949.89    -    Admin Costs Paid: $4,457.49    =    Funds on Hand: $676.62

Unpaid Balance to Claims: $525.25    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($151.37)

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.