Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  18−27654−VFP
          Chapter:  13
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wesley W. McKoy
   151 Lilly St
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−7283

Employer's Tax I.D. No.:

### NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

   TO: <u>Wesley W. McKoy</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: November 29, 2022
JAN: wdh

                                                        <u>Jeanne Naughton, Clerk</u>